UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                                 Case No: 06-20366
                                                       Honorable Victoria A. Roberts

D-1    ANTHONY MICHAEL HACHEM,

    Defendant.
_____/

## ORDER STRIKING *PRO SE* FILINGS BY A REPRESENTED PARTY

    Defendant Anthony Michael Hachem has submitted a Request for Inspection of Federal Grand Jury Minutes and a Request for Bill of Particulars in Pro Se.

    Federal law permits a criminal defendant to appear "personally or by counsel." 28 U.S.C. §1654. This right is "disjunctive; a party may either represent himself or appear through an attorney." Hall v Dorsey, 534 F. Supp. 507, 508 (E.D. Pa 1982).

    There is no right, constitutional or otherwise, to "hybrid representation - the representation at the same time by counsel and *pro se*." United States v Trapnell, 638 F. 2d 1016, 1027 (7th Cir. 1980). Therefore, as part of the latitude accorded district courts in managing their dockets, courts may bar *pro se* filings by represented parties. United States v Agofsky, 20 F. 3d 866, 872 (8th Cir. 1994) (finding no error in the court's refusal to consider *pro se* motion where defendant was represented by counsel); United States v Tracy, 989 F. 2d 1279, 1285 (1st Cir. 1993) ("A district court enjoys wide

1

latitude in managing its docket and can require represented parties to present motions through counsel.")

Accordingly, Defendant's above named requests are **STRICKEN** and forwarded to defendant's counsel without further consideration. Future filings are similarly barred so long as defendant continues to be presented by counsel.

**IT IS SO ORDERED.**

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: October 19, 2006

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 19, 2006.

S/Carol A. Pinegar
Deputy Clerk

2